**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01013-CV

**LUXOTTICA OF AMERICA INC. F/K/A LUXOTTICA RETAIL NORTH AMERICA INC. AND EYEMED VISION CARE LLC, GUTMAN VISION, INC., ALEX GUTMAN, AND MILANA GUTMAN, Appellants**

**V.**

**JEFFREY GRAY, DAWN GRAY AND BRAVE OPTICAL, INC., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07929**

## ORDER

Before the Court is appellees' February 5, 2020 second unopposed motion for extension of time to file their briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than March 11, 2020. We caution appellees that further extension requests will be disfavored.

/s/  KEN MOLBERG
JUSTICE